UNITED STATES OF AMERICA
DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 2021-MJ-05202-013

UNITED STATES OF AMERICA

V.

BRUNO ABREU

## MOTION FOR DETENTION HEARING

Now comes the defendant and respectfully moves this Honorable Court to conduct a detention hearing.  Based on various scheduling issues, the defendant requests that the Court set the hearing for the afternoon of July 15, 2021.  That date and time is amenable to the government.

Previously, the defendant stipulated to detention without prejudice.  He is detained at the Wyatt detention facility.

**Respectfully Submitted,
BRUNO ABREU,**

**By his attorney:**

/s/ Thomas Kerner
_____
**THOMAS KERNER
MA BBO # 552373
Attorney at Law
240 Commercial St., Suite 5A
Boston, MA  02109
(617) 720-5509**

**CERTIFICATE OF SERVICE**

    I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing [NEF] and paper copies will be sent to those indicated as non-registered participants.

**Date:**    7/6/2021               /s/ Thomas Kerner

                                            **Thomas Kerner**
                                            **BBO# 552373**